179 F.3d 1252
 Alejandro MADRID, Corlos Lutz, Ronnie Dewberry, Steven
Villa, Bruce Vorse, and Moses Johnson,
Individually and on Behalf of all Others
Similarly Situated, Plaintiffs-Appellees,
v.
JAMES GOMEZ, Steven Cambra, Susan Steinberg, M.D., Robert
Ayers, Defendants-Appellants.
 Nos. 96-17277, 97-16237.
 United States Court of Appeals, Ninth Circuit.
 July 7, 1999.
 
 Before: WOOD, Jr.,* HALL, and O'SCANNLAIN, Circuit Judges.
 
 
 1
 The Opinion filed July 2, 1998 [150 F.3d 1030], is withdrawn.
 
 
 
 *
 The Honorable Harlington Wood, Jr., Senior United States Circuit Judge for the Seventh Circuit, sitting by designation